# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2705

_____

State of North Dakota,                    *
                                          *
                 Appellee,                *    Appeal from the United States
                                          *    District Court for the District
        v.                                *    of North Dakota.
                                          *
Michael H. Nowik,                         *         [UNPUBLISHED]
                                          *
                 Appellant.               *

_____

Submitted:   November 21, 2003

Filed:   November 25, 2003

_____

Before WOLLMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Michael H. Nowik appeals the district court's[*] order denying Nowik's motions for reconsideration under Federal Rule of Civil Procedure 60(b) and for default judgment, both filed after the district court dismissed his purported removal of a state court criminal action. We conclude the district court did not abuse its discretion in denying either the Rule 60(b) motion, see Swope v. Siegel-Robert, Inc., 243 F.3d 486, 498 (8th Cir.) (Rule 60(b) motion must demonstrate exceptional circumstances for

_____

[*]The Honorable Daniel Hovland, Chief Judge, United States District Court for the District of North Dakota.

relief; reviewed for abuse of discretion), <u>cert. denied</u>, 534 U.S. 887 (2001), or the motion for default judgment.  Accordingly, we affirm.

_____